UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **R.P., a minor,** <br> **by his parents and next friends,** <br> **REUBEN and DIETRA PINN,** <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> Defendants. | <br><br><br><br><br><br> Civ. No. 06-1496 (EGS) |

### DEFENDANTS' MOTION TO DISMISS

Defendants District of Columbia and Clifford B. Janey, by counsel, and pursuant to Fed. R. Civ. P. 12(b)(1), hereby move this Court to dismiss the complaint for lack of subject matter jurisdiction.

This case is an appeal of an administrative hearing officer's decision issued pursuant to the Individuals with Disabilities in Education Improvement Act ("IDEIA")20 U.S.C. §1400 et seq.[1] Because IDEIA provides a 90-day limitations period for such actions, and since the complaint herein was not filed within that 90-day period, the Defendants request this Court to dismiss this complaint with prejudice.

The reasons for this motion are set forth in the accompanying memorandum of points and authorities. A proposed order is also submitted herewith.

---

[1] The Civil Clerk's Office inadvertently labelled the summons in this the action "TRO/Preliminary Injunction," but in form and in substance it is a substantive complaint under IDEIA.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520

September 19, 2006            E-mail:  carol.burroughs@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.P., a minor, : | |
| by his parents and next friends, : | |
| REUBEN AND DIETRA PINN, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civ. No. 06-1497 (RBW) |
| : | |
| DISTRICT OF COLUMBIA, et al., : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

This case is an appeal of Hearing Officer's Decision ("HOD") pursuant to the Individuals with Disabilities Education Improvement Act ("IDEIA"), 20 U.S.C. § 1415(i)(2)(B). The HOD was issued May 25, 2006. Complaint, ¶16. The Complaint herein was filed on August 24, 2006.[2]

The IDEIA provides that "the party bringing the action shall have 90 days from the date of the decision of the hearing officer to bring such an action." Id. Therefore, the appeal should have been filed on or before August 23, 2006. Because it was filed late, the court lacks jurisdiction to hear the complaint. *See, e.g.*, Tyler v. District of Columbia, 2006 U.S. Dist. LEXIS 48274, (D.D.C. July 18, 2006), T.T. v. District of Columbia, 2006 U.S. Dist. LEXIS 42739, *7-8 (D.D.C. June 26, 2006).

---

[2]  The Office of the Attorney General does not yet know whether either the Mayor or Clifford B. Janey has been served, but assume that they have or will be timely served.

2

    Given that plaintiffs have failed to timely file the complaint, this court lacks subject matter jurisdiction to hear the claims presented and must dismiss the complaint.

                                      Respectfully submitted,

                                      ROBERT J. SPAGNOLETTI
                                    Attorney General for the
                                    District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General
                                    Civil Litigation Division

                                    **/s/ Edward P. Taptich**
                                    EDWARD P. TAPTICH [#012914]
                                    Chief, Equity Section II

                                    **/s/ Carol E. Burroughs**
                                    CAROL E. BURROUGHS [#415432]
                                    Assistant Attorney General
                                    441 Fourth Street, N.W.
                                    Sixth Floor South
                                    Washington, D.C. 20001
                                    (202) 724-6520
September 19, 2006                  carol.burroughs@dc.gov