**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|                                          |     |                          |
|------------------------------------------|-----|--------------------------|
| **R.P., a minor,**                       | :   |                          |
| **by his parents and next friends,**     | :   |                          |
| **REUBEN AND DIETRA PINN,**              | :   |                          |
|                                          | :   |                          |
| **Plaintiffs,**                          | :   |                          |
|                                          | :   |                          |
| **v.**                                   | :   | **Civ. No. 06-1496 (EGS)** |
|                                          | :   |                          |
| **DISTRICT OF COLUMBIA, et al.,**        | :   |                          |
|                                          | :   |                          |
| **Defendants.**                          | :   |                          |
|                                          | :   |                          |

## <u>ORDER</u>

Upon consideration of Defendants Motion to Dismiss, any responses thereto, and

the record herein, it is

ORDERED that Defendants Motion is GRANTED; and it is further

ORDERED that the Complaint is dismissed with prejudice.

_____
United States District Judge