```
TRANSMISSION VERIFICATION REPORT

                                          TIME  : 05/26/2006 11:53
                                          NAME  : STUDENT HEARINGS OFF
                                          FAX   : 2024425556
                                          TEL   : 2024425432
                                          SER.# : BROH3J608601


DATE,TIME              05/26  11:51
FAX NO./NAME           92026260048
DURATION               00:02:07
PAGE(S)                08
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# District of Columbia Public Schools
## *State Enforcement Investigative Division*
## STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date:  May 26, 2006

TO:   Fatmata Barrie

FROM:  STUDENT HEARING OFFICE

RE:   Pinn, Rueben

TOTAL NUMBER OF PAGES, INCLUDING COVER: 8

COMMENTS: