UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **R.P., a minor,** <br> **by his parents and next friends,** <br> **REUBEN and DIETRA PINN,** <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Civ. No. 06-1496 (EGS) <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF FILING

The Court's attention is invited to the attached Plaintiffs' Response to Defendant Hyde's Motion to Dismiss, filed October 20, 2006, in E.M.v. District of Columbia, Civ. No. 06-1497 (D.D.C.) by counsel, Jude C. Oweanoge. The issue in that case is also whether the filing of an appeal of the hearing officer's decision under Individuals with Disabilities Education Improvement Act was timely. In his Response counsel agrees that plaintiffs' complaint -- filed 93 days after the date of the hearing officer's decision -- is untimely.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]

                                          Chief, Equity Section II

                                          **/s/ Carol E. Burroughs**
                                          CAROL E. BURROUGHS [#415432]
                                          Assistant Attorney General
                                          441 Fourth Street, N.W.
                                          Sixth Floor South
                                          Washington, D.C. 20001
                                          (202) 724-6520
October 23, 2006                      E-mail: carol.burroughs@dc.gov