IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R.P, a minor <br> by his parents and next friends, <br> REUBEN AND DIETRA PINN <br> Plaintiffs <br><br> v. <br><br><br> DISTRICT OF COLUMBIA, et al <br> Defendants | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \*     Civil Action No: 06-1496 (EGS) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' RESPONSE TO NOTICE OF FILING

COMES NOW, the Plaintiffs, Reuben and Dietra Pinn and R.P, a minor, by and through their attorneys Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C. and respectfully responds to Defendants' Notice of Filing wherein they directed the Court's attention to the Plaintiffs' Response to Defendant Hyde's Motion to Dismiss. In response Plaintiffs represent the following unto this Honorable Court:

1. That the facts in E.M. v. District of Columbia, Civ. No. 06-1497 (D.D.C.), are highly distinguishable from the facts in the instant case. Specifically, Plaintiffs requested to dismiss their complaint because a review of the record showed that Plaintiffs motion for reconsideration which the Plaintiff relied on in calculating the time for filing their complaint was filed beyond 30 days of the Hearing Officer's Decision

2. That although the issue raised in Defendant Hyde's motion is whether Plaintiffs' complaint is untimely, Defendant District of Columbia is a party in that case and is aware of the circumstances that led Plaintiffs' to file a Motion to Dismiss their complaint. Nonetheless, Defendant District of Columbia has slyly failed to apprise the Court of the procedural posture of that matter and that the facts of that matter are distinguishable from the facts of this case.

Therefore, Defendants' notice is muddled and misleading and not intended to assist the Court in ruling on its motion to dismiss.

Accordingly, the Court should strike Plaintiffs' Notice of Filing because it is irrelevant and not intended to assist the Court in the case *sub judice*.

>Respectfully submitted,
>THE IWEANOGES' FIRM P.C.
>
>By:     /s/*JudeIweanoge/s/*
>           Jude C. Iweanoge
>           Federal District Building-Suite 600
>           1010 Vermont Avenue, NW
>           Washington, DC 20005
>           Phone: (202) 347-7026
>           Fax: (202) 347-7108
>           Email: jci@iweanogesfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 23rd October 2006 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Defendants through the court's e-file system.

>              /s/
>          Jude C. Iweanoge