# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|                                      |     |                              |
|--------------------------------------|-----|------------------------------|
| **R.P., a minor,**                   |  :  |                              |
| **by his parents and next friends,** |  :  |                              |
| **REUBEN and DIETRA PINN,**          |  :  |                              |
|                                      |  :  |                              |
| **Plaintiffs,**                      |  :  |                              |
|                                      |  :  |                              |
| **v.**                               |  :  | **Civ. No. 06-1496 (EGS)**   |
|                                      |  :  |                              |
| **DISTRICT OF COLUMBIA, et al.,**    |  :  |                              |
|                                      |  :  |                              |
| **Defendants.**                      |  :  |                              |
|                                      |  :  |                              |

_____

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Court's attention is invited to the attached Order, filed October 30, 2006, in

E.M. v. District of Columbia, Civ. No. 06-1497 (D.D.C.).  The issue in that case is also

whether the filing of an appeal of the hearing officer's decision under Individuals with

Disabilities Education Improvement Act was timely.  The Court agreed with their

plaintiff's counsel that plaintiffs' complaint -- filed 93 days after the date of the hearing

officer's decision -- is untimely.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
October 30, 2006     E-mail: carol.burroughs@dc.gov