UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **R.P., a minor,**<br>**by his parents and next friends,**<br>**REUBEN and DIETRA PINN,**<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civ. No. 06-1496 (EGS)<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note the entry of the appearance of Amy Caspari, Assistant Attorney General, herein, as counsel for Defendants in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　EUGENE A. ADAMS
　　　　　　　　　　　　　　　　　　Interim Attorney General
　　　　　　　　　　　　　　　　　　for the District of Columbia

　　　　　　　　　　　　　　　　　　GEORGE C. VALENTINE
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　***/s/ Edward P. Taptich***
　　　　　　　　　　　　　　　　　　EDWARD P. TAPTICH [#012914]
　　　　　　　　　　　　　　　　　　Chief, Equity Section II

　　　　　　　　　　　　　　　　　　***/s/ Amy Caspari***
　　　　　　　　　　　　　　　　　　Amy Caspari [#488968]
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Sixth Floor South
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　(202) 724-7794
　　November 16, 2006　　　　　　　email:  amy.caspari@dc.gov