IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **R.P, et al** | * | |
| Plaintiffs | * | |
| | * | Civil Action No. 06-1496 (EGS) |
| v. | * | |
| | * | Appeal Docket No.: |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| Defendants | * | |

**************************************

## NOTICE OF APPEAL

Clerk of the Court:

Please enter an appeal to the United States Court of Appeals for the District of Columbia Circuit, on behalf of the Plaintiffs, R.P., Reuben Pinn and Dietra Pinn, through John O. Iweanoge, II and THE IWEANOGES' FIRM, P.C. her attorneys, from Order of the District Court granting Defendant District of Columbia's motion to dismiss and dismissing Plaintiffs complaint as untimely, entered by Judge Emmet G. Sullivan on February 22, 2007. (See memorandum opinion and order appealed from attached).

                                                  Respectfully submitted,
                                                  THE IWEANOGES' FIRM P.C.

                                                  By:_____/s/_____
                                                        John O. Iweanoge, II
                                                        Jude C. Iweanoge
                                                        IWEANOGE LAW CENTER
                                                        1026 Monroe Street, NE
                                                        Washington, DC 20017
                                                        Phone: (202) 347-7026
                                                        Fax: (202) 347-7108
                                                        Email: jci@iweanogesfirm.com